UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAULETTE D. JACKSON,<br>1201 I Street, N.W.<br>Washington, D.C. 20005,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br>c/o United States of America<br>555 4th Street, N.W.<br>Washington, D.C. 20530,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF REMOVAL OF A CIVIL ACTION

The United States of America, as the substituted defendant in this action, hereby files this notice of removal and states as follows:

1.  Victoria Clarke-Wood, an employee of the National Park Service, United States Department of the Interior, has been named as the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Division, Small Claims and Conciliation Branch, No. SC 06SC(3)8260, entitled <u>Paulette D. Jackson v. Victoria Clarke-Wood</u>.

2.  The statement of claim in the Superior Court case, attached hereto as Exhibit A, alleges that Ms. Clarke-Wood, an employee of the National Park Service, Department of the Interior, made a defamatory statement to plaintiff's supervisor at the National Park Service concerning plaintiff's on-the-job conduct. The defamatory statement was allegedly made on May 3, 2006. Rudolph Contreras, Chief, Civil Division, United States Attorney's Office for the District of Columbia, pursuant to his delegated authority, has certified pursuant to 28 U.S.C. §

2679(d)(2) that Victoria Clarke-Wood was acting within the scope of her employment at the time

of the making of the alleged defamatory statement. A copy of the certification is attached hereto

as Exhibit B. Pursuant to 28 U.S.C. § 2679(d)(2), the United States is now substituted for Ms.

Clarke-Wood as the defendant in this action.

3. Ms. Clarke-Wood received through the mail a copy of the statement of claim in the

Superior Court case on July 18, 2006.. She was subsequently served in person. The United

States Attorney's Office has not yet been served in the matter. Where, such as in this case, a

federal employee is sued individually in tort for actions done within the scope of her authority as

an employee of the United States, 28 U.S.C. § 2679(d)(2) provides for removal "at any time

before trial."

4. The statement of claim, attached hereto as Exhibit A, is the only process, pleading, or

order in the possession of the United States.

5. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and

1446, since plaintiff's action against Ms. Clarke-Wood is one in which the District Court has

original jurisdiction, in that Ms. Clarke-Wood is an employee of the United States and the United

States has been properly substituted for her as the defendant in this case.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia

is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1),   and

1446.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

2

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/

FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W. Room E-4110
Washington, D.C. 20530
202.514.7201

Small Claims Forms 11

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 409 E Street, N.W., RM –120
WASHINGTON, D.C. 20001    TELEPHONE 879-1120

General

PAULETTE L JACKSON
_Plaintiff_ vs.
1201 I STREET N.W. - CUBICLE #?

WASHINGTON, DC 20005
Address          Zip Code

(1) VICTORIA CLARKE-WOOD
(2) 1201 I STREET NW - ACROSS FROM - CUBICLE #24
(3) 5TH FLOOR - WASH, DC 60005
Defendant

Phone No. 202/354-1815    No. SC. 06SC(3)8260    ☐ Collection Case

## STATEMENT OF CLAIM

ON MON, 4-3-06 VICTORIA CLARKE-WOOD TOLD A DEFAMATORY + FALSEHOOD STATEMENT WITH AN E-MAIL TO MY SUPERVISOR BESSIE SHERMAN. LATER THAT DAY M. CLARKE-WOOD FOLLOWED UP THAT STATEMENT WITH AN E-MAIL TO MY SUPERVISOR. THAT DEFAMATORY + FALSE STATEMENT NOW SITS IN PERSONNEL FILE FOR 3 YEARS + IN WHICH, IN DUE TIME OF, MY SUPERVISOR FILED A 30 DAY SUSPENSION OF LEAVE WITHOUT PAY. I HONESTLY FEEL MS CLARKE-WOOD SHOULD BE MADE TO PAY MAXIMUM AMOUNT PERMITTED BY LAW OF $5,000.00 FOR THE MANY PROBLEMS + BURDENS HER REMARKS HAS MADE.

DISTRICT OF COLUMBIA, ss: PAULETTE D JACKSON _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

_____          x/ Paulette D Jackson
Attorney for Plaintiff                        Plaintiff (or agent)

_____   _____          Bar No. _____
Address          Zip Code

Phone No. _____

Subscribed and sworn to before me this ___THU___ day of ___July___ 20 06
(month and year)

FILED
RECEIVED
JUL 0 7 2006
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

_____
Deputy Clerk (or notary public)

## NOTICE
All parties must notify the court of any address changes.

To:
(1) VICTORIA CLARKE-WOOD              (2) _____
Defendant
1201 I STREET, NW (ACROSS FROM        _____
CUBICLE #24) CORNER OF 12 + E ST, NW
Home Address          Zip Code        Defendant ☐

WASHINGTON, DC (20005) ☐             _____
Business Address          Zip Code    Home Address ☐

                                      _____
                                      Business Address ☐

You are hereby notified that PAULETTE D JACKSON _____

_____ has made a claim and is requesting judgment

against you in the sum of FIVE THOUSAND - DOLLARS ____ dollars ($ 5,000.00 ),

as shown by the foregoing statement. The court will hold a hearing upon this claim on _____

8/4/06 @ 9:00 a.m. CTRM 119

at 9:00 a.m. in the Small Claims and Conciliation Courtroom, Bldg. B, 409 E Street, N W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS
BRING THIS NOTICE WITH YOU

CV-471/Aug. 05

Deputy Clerk
Small Claims and Conciliation Branch

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAULETTE D. JACKSON,<br>1201 I Street, N.W.<br>Washington, D.C. 20005,<br><br>       Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br>c/o United States of America<br>555 4th Street, N.W.<br>Washington, D.C. 20530,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for

the District of Columbia, pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the

authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and redelegated to me on

March 20, 2006, hereby certify that I have read the statement of claim filed in <u>Paulette D.

Jackson v. Victoria Clarke-Wood</u>, No. SC 06SC(3)8260, Superior Court of the District of

Columbia, Civil Division, Small Claims And Conciliation Branch. On the basis of the

information now available to me with respect to the incident alleged therein, I find that Victoria

Clarke-Wood was acting within the scope of her employment as an employee of the United

States at the time of the making of the alleged defamatory statement.

August 18, 2006

RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney
Chief, Civil Division, United States Attorney's
Office for the District of Columbia



SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division
Small Claims And Conciliation Branch

| | |
|---|---|
| PAULETTE D. JACKSON,<br>1201 I Street, N.W.<br>Washington, D.C. 20005,<br><br>      Plaintiff,<br><br>      v.<br><br>VICTORIA CLARKE-WOOD,<br>National Park Service<br>Department of the Interior<br>1201 I Street, N.W.<br>Washington, D.C. 20005,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. SC 06SC(3)8260<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF FILING OF NOTICE OF
REMOVAL OF A CIVIL ACTION

TO:    Paulette D. Jackson
       Department of the Interior
       1201 I Street, N.W.
       Washington, D.C. 20005

       Plaintiff pro se

       PLEASE TAKE NOTICE that on August 18, 2006, the United of America, as the

substituted defendant in this case, filed with the Clerk of the United States District Court for the

District of Columbia a notice of removal of above-captioned case from the Superior Court of the

District of Columbia.  The Superior Court of the District of Columbia "shall proceed no further

unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully submitted,

*Kenneth L. Wainstein/Derh*

KENNETH L. WAINSTEIN, D.C. Bar No. 461058
United States Attorney

RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

FRED E. HAYNES, D.C. Bar No. 165654
Assistant United States Attorney
555 Fourth Street, N.W, Room E-4110
Washington, D.C. 20530
(202) 514-7201

2

Certificate of Service

I certify that I caused a copy of the foregoing Notice of Removal and Notice of Filing of

Notice of Removal to be served by first-class mail, postage prepaid, upon the *pro se* plaintiff on

August 21, 2006, at the following address:

Paulette D. Jackson
Department of the Interior
1201 I Street, N.W.
Washington, D.C. 20005

/s/

FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W. Room E-4110
Washington, D.C. 20530
202.514.7201