UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULETTE D. JACKSON,<br>1201 I Street, N.W.<br>Washington, D.C. 20005,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>c/o United States of America<br>555 4th Street, N.W.<br>Washington, D.C. 20530,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1472 HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION TO DISMISS AND SUPPORTING
MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), defendant moves to dismiss this case. The case was filed in Superior Court in June 2006. The complaint alleged that on April 3, 2006, Victoria Clarke-Wood had made a false and defamatory statement to plaintiff's supervisor, both verbally and in an email. Both plaintiff and defendant are employees of the National Park Service, Department of Interior. On August 21, 2006, the United States of America filed a notice of removal of the case to this Court. Accompanying the notice of removal was a certificate by Rudolph Contreras that at the time of the incident alleged in the complaint, the defendant, Victoria Clarke-Wood, was acting within the scope of her employment. By operation of law, 28 U.S.C. § 2679(d)(2), the United States was substituted for Ms. Clarke-Wood as the defendant.

The Federal Tort Claims Act provides a waiver of sovereign immunity by the government as to a wide variety of tortious acts. There are, however, certain torts that are excepted from the

waiver. One of these torts is defamation. 28 U.S.C. § 2680(h) (exception for the torts of libel

and slander). See Seigert v. Gilley, 500 U.S. 226, 233 (a suit against the United States can not be

brought based on defamation). The defamation cause of action should, therefore, be dismissed,

under Fed. R. Civ. P. 12(b)(1) (no waiver of sovereign immunity as to the tort of defamation) or

Fed. R. Civ. P. 12(b)(6) (defamation is an exception to the waiver of sovereign immunity

provided by the Federal Tort Claims Act). Additionally, it should be noted that plaintiff does

not allege in the complaint that she has filed an administrative tort claim with the Department of

Interior, a prerequisite for bringing an action against the United States under the FTCA. This is

an additional basis for dismissing the complaint. See 28 U.S.C. § 2679(d)(5); see also McNeil v.

United States, 508 U.S. 106 (1993).

   For the reasons set forth above, defendant's motion to dismiss should be granted.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN, D.C. Bar #451058
                              United States Attorney

                              RUDOLPH CONTRERAS, D.C. Bar #434122
                              Assistant United States Attorney
                                           /s/
                              FRED E. HAYNES, D.C. BAR #165654
                              Assistant United States Attorney
                              555 4th Street, N.W., Room E-4110
                              Washington, D.C. 20530
                              (202) 514-7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULETTE D. JACKSON,<br>1201 I Street, N.W.<br>Washington, D.C. 20005,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br>c/o United States of America<br>555 4th Street, N.W.<br>Washington, D.C. 20530,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1472 HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>ORDER</u>

Upon consideration of the defendant's motion to dismiss and the entire record in this

case, it by the Court this ___ day of _____, 2006,

ORDERED that defendant's motion to dismiss is granted, and it is further

ORDERED that this case is dismissed.  This is a final, appealable order.

UNITED STATES DISTRICT JUDGE

Copies to the parties

CERTIFICATE OF SERVICE

I certify that on this 26th day of August, 2006, a copy of the foregoing motion to dismiss

was served on plaintiff by first-class mail, postage prepaid, to the following address:

Paulette D. Jackson
Department of the Interior
1201 I Street, N.W.
Washington, D.C. 20005

/s/
FRED E. HAYNES, D.C. BAR #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201

4