UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAULETTE D. JACKSON,**<br><br>    Plaintiff,<br><br>  v.<br><br>**UNITED STATES,**<br><br>    Defendant. | Civil Action 06-01472 (HHK) |

**ORDER AND JUDGMENT**

This matter comes before the court upon defendant's motion to dismiss [#2], filed August 28, 2006. On August 30, 2006, the court issued an order, in accordance with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), directing plaintiff, proceeding *pro se*, to respond to defendant's motion on or before September 29, 2006.

In the August 30, 2006 order, plaintiff was informed that if she failed to respond to defendant's motion, the court could treat the motion as conceded and enter judgment in favor of defendant. Local Rule 7(b) states, in pertinent part, that if a memorandum of points and authorities in opposition to a motion is not filed, "the court may treat the motion as conceded." LCvR 7(b). Time for plaintiff's opposition having expired, the court shall deem the motion to dismiss as conceded. Because defendant's unopposed motion sets out legally cognizable grounds for the granting the motion to dismiss in favor of defendant as a matter of law, the court will grant defendant's motion.

Accordingly, it is this 4th day of October, 2006, hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED** and judgment is entered in favor of defendant and against plaintiff.

Henry H. Kennedy, Jr.
United States District Judge